IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARE MICHELFELDER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DIANE C. MCGEE, et al.** | : | **NO. 13-7261** |

## ORDER

AND NOW, this 18th day of February, 2014, upon consideration of plaintiff's amended complaint (Document No. 8), it is ORDERED that:

1. The amended complaint is DISMISSED for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.